IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THOMAS M. BURTON,<br><br>   Plaintiff,<br><br>v.<br><br>UTAH SUPREME COURT, UTAH SECOND DISTRICT COURT, and UTAH STATE BAR,<br><br>   Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br>Case No. 2:23-CV-671-TS-DBP<br><br>District Judge Ted Stewart |

On September 26, 2023, Plaintiff filed an application to proceed in forma pauperis. This matter was subsequently referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B). On October 20, 2023, the Magistrate Judge issued a Report and Recommendation recommending Plaintiff's application to proceed in forma pauperis be denied and that he be required to pay the Court's filing fee.

Pursuant to 28 U.S.C. § 636(b)(1), a party has 14 days from being served with a copy of the Report and Recommendation to file an objection. Plaintiff has not responded to the Report and Recommendation. The Court has considered the pleadings in the file and the Report and Recommendation and concurs with the Magistrate Judge's recommendation. It is therefore

ORDERED that the Magistrate Judge's October 20, 2023 Report and Recommendation (Docket No. 6) is ADOPTED IN FULL.  It is further

ORDERED that Plaintiff pay the filing and administrative fees to the Clerk of Court within fourteen (14) days of this ORDER. Failure to do so will result in dismissal.

DATED this 4th day of January, 2024.

                    BY THE COURT:

                    _____
                    Ted Stewart
                    United States District Judge

2